[No. 70021-9-I. Division One. April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. L.R., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 12-8-00231-1, Deborra Garrett, J., entered January 15, 2013. *Affirmed in part* and *reversed in part* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Becker, J.

[No. 70043-0-I. Division One. April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN PEDRO ORTIZ-VIVAR, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 12-1-00009-2, Michael E. Rickert, J., entered February 14, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Dwyer and Leach, JJ.

[No. 70055-3-I. Division One. April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY EARL BURR, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-00248-3, Bruce I. Weiss, J., entered February 27, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Dwyer, J.

[No. 70056-1-I. Division One. April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY EARL BURR, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-00252-1, Bruce I. Weiss, J., entered February 27, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Dwyer, J.